Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-405-416**

**Effective Date of Registration:**
July 09, 2024

**Registration Decision Date:**
July 26, 2024

---

## Title

**Title of Work:** Hot and Cold Splash 2011

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** June 12, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Garyck Truls Arntzen
  **Pseudonym:** Snazzygaz/ GrizzlyGaz/ Magnaen/ Gaz
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Garyck Truls Arntzen
56 Bawtry Rd, Doncaster, DN11 8NU, United Kingdom

## Rights and Permissions

**Name:** Garyck Truls Arntzen
**Email:** garyck_arntzen@hotmail.com
**Address:** 56 Bawtry Rd
Doncaster DN11 8NU United Kingdom

## Certification

**Name:** David Denholm

