IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARYCK TRULS ARNTZEN, | |
| Plaintiff, | Case No.: 1:25-cv-05290 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | shenyangshishenhequyuchengchaoliufuzhuangdian |
| 3 | JIOEEH |
| 6 | Dgoopd US Favorite Clothes Store |
| 7 | Zeiyignr |
| 8 | suixianguangyanyanshangmaoshanghanggetigongshanghu |
| 9 | Tian'er Clothing Brand Store |
| 12 | XINhuiHHH |
| 14 | Fencomer |
| 17 | Thsue (7-15 Days Delivery) |
| 18 | niaoniaokeji dsin |
| 19 | Vodedfy |
| 24 | Poniu |
| 27 | Ctreela |
| 28 | shunking |
| 32 | baskuwish |
| 34 | MoKFE-US（✈7-14 days delivery) |
| 37 | Boutique Lightning Deals |
| 40 | LMSXCT |
| 42 | SMIDOW Fashion Online |
| 44 | ❤Prime Day Deals Today 2024❤ |
| 46 | Ceboyel |

| | |
|---|---|
| 48 | Clearance Sales 2024 Huzziy's Shop |
| 54 | ZDRZK Direct Online |
| 55 | Manzene ⭐⭐⭐⭐⭐ |
| 65 | MBWTRP |
| 70 | HuundMGQ(SHIPPING TIME: 7-15DAYS) |
| 71 | 8DPSZZL |
| 72 | Q-DH |
| 76 | Langyupei KV |
| 79 | BABYb |
| 83 | Best Seller of Womens Tops |
| 85 | 2024 Fashion Boutique Online |
| 86 | life loveyou |
| 92 | Buy 3 get 1 free-Clearance Sale Shop |
| 96 | TIAN-yingA |
| 97 | NaRHbrg Fashion |
| 101 | Uscallm |
| 102 | RYRJJ |
| 104 | Pxxlle |
| 120 | Dezsed |
| 121 | JINMGG |
| 123 | Dazajoo Womens Clothing Deals |
| 124 | HONHUZH |
| 125 | Meichang |
| 126 | Sentmoon |
| 127 | NSLGXD |
| 134 | Fashion Capital |
| 136 | Hooksoon |
| 137 | DXOUPM Clothing |
| 138 | Mei li xue |
| 140 | DkinJom |
| 143 | Tooayk |
| 150 | Hot6sl |
| 151 | ZCFZJW |
| 153 | Pvkarhg |
| 157 | Juebong |
| 162 | JURANMO Fashion Clothing 2024 |
| 164 | X's Apparel Fashion |
| 165 | YanHoo |
| 170 | Wardrobe Inc. |
| 175 | SenZhenFeng |
| 176 | WeiZhenShang |
| 184 | Hj Smple |
| 186 | Matingee |
| 196 | Natalie's Little Store |

DATED:  June 17, 2025　　　　　　　　　　Respectfully submitted,

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 17, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt